IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 25-mj-1018-DLC |
| | ) | |
| RAJU SHARMA, | ) | |
| Defendant | ) | |

## GOVERNMENT'S MOTION TO UNSEAL

The United States Attorney hereby respectfully moves the Court to unseal the complaint and any other paperwork related to this matter. The defendant was arrested on the morning of February 20, 2025 and there is no longer a need to maintain the materials under seal.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Lauren A. Graber*
Lauren A. Graber
Sarah B. Hoefle
Assistant U.S. Attorney

Date: February 20, 2025